UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES vs. Carlos Fabian | ORDER<br><br>18    CR 284 |

To: U.S. Marshals Office

**It is hereby ordered :**

that defendant, Carlos Fabian, Reg # (85471) -054, be released from custody. On April 8, 2020, the defendant was sentenced to time served, so he is not subject to any bail conditions. The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge

_____
4/8/00
Date